THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN AND FOREIGN MARINE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Appellant.

*People ex rel. Am. & F. M. Ins. Co.* v. *Sohmer,* 163 App. Div. 778, affirmed.

(Argued November 11, 1914; decided December 1, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 29, 1914, which directed on certiorari the state comptroller to correct and restate the account of the relator for franchise taxes.

*James A. Parsons, Attorney-General* (*William A. McQuaid* and *Claude T. Dawes* of counsel), for appellant.

*William H. Hotchkiss* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.